NO. 94-580

IN THE SUPREME COURT OF THE STATE OF MONTANA

1995

JACK D. THOMAS,

        Petitioner and Appellant,

    v.

RICK DAY, Acting Administrator,
Department of Corrections and
Human Services, and MONTANA
TWENTIETH JUDICIAL DISTRICT,
Sanders County, Montana,

        Respondents and Respondents.

APPEAL FROM:    District Court of the Twentieth Judicial District,
                In and for the County of Sanders,
                The Honorable C.B. McNeil, Judge presiding.

COUNSEL OF RECORD:

        For Appellant:

        Jack D. Thomas, Billings, Montana, Pro Se

        For Respondents:

        Hon. Joseph P. Mazurek, Attorney General;
        Barbara C. Harris, Ass't Attorney General,
        Helena. Montana

FILED

Filed: **JUL17 1995**

*Ed Smith*
CLERK OF SUPREME COURT
STATE OF MONTANA

Submitted on Briefs:  June 20, 1995

              Decided:  July 17, 1995

Clerk

The sole issue on appeal is whether the District Court abused its discretion when it failed to give Thomas credit for time spent on probation?

Section 46-18-201(3), MCA, provides that:

> If any restrictions or conditions imposed under subsection (1)(a) or (1)(b) are violated, the court shall consider any elapsed time and either expressly allow part or all of it as a credit against the sentence or reject all or part as a credit and state its reasons in the order.

In the instant case, the District Court expressly rejected Thomas' probation time because of "Defendant's repeated and serious violations of the terms and conditions of his probation." Section 46-18-201(3), MCA, gives the district court discretion to credit or refuse time spent. The District Court properly exercised that discretion. There is nothing in the record to suggest that the District Court abused that discretion.

Thomas' arguments focus on the reasons he violated his parole. His arguments are not convincing nor do they suggest any abuse of discretion by the District Court.

Affirmed.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of the Supreme Court and by a report of its result to Montana Law Week, State Reporter, and West Publishing Company.

_____
Justice

We concur:

_____
Chief Justice

_____

_____

_____
Justices

July 17, 1995

## CERTIFICATE OF SERVICE

I hereby certify that the following certified order was sent by United States mail, prepaid, to the following named:

Jack D. Thomas
104 N. 31st St.
Billings, MT 59101

Hon. Joseph P. Mazurek, Attorney General
Barbara Harris, Assistant
Justice Bldg.
Helena, MT 59620

Robert Slomski
Sanders County Attorney
P.O. Box 519
Thompson Falls, MT 59873-0519

ED SMITH
CLERK OF THE SUPREME COURT
STATE OF MONTANA

BY: _____
Deputy